No. 581. McLaurin *v.* Mississippi.

*Per Curiam:* The appeal is dismissed for want of jurisdiction. 28 U. S. C. § 1257 (2). The petition for writ of certiorari is denied. *Ross R. Barnett* for appellant-petitioner.

No. 606. Schnell, Member of the Board of Election Registrars of Mobile County, et al. *v.* Davis et al. *Per Curiam:* The judgment is affirmed. *Lane* v. *Wilson,* 307 U. S. 268; *Yick Wo* v. *Hopkins,* 118 U. S. 356. Cf. *Williams* v. *Mississippi,* 170 U. S. 213. Mr. Justice Reed, in view of the fact that a constitutional provision of a state is involved, presented by the Attorney General, is of the opinion that probable jurisdiction should be noted and the case set down for argument. *A. A. Carmichael,* Attorney General of Alabama, and *Silas C. Garrett, III,* Assistant Attorney General, for appellants. *Loring B. Moore* and *George N. Leighton* for appellees.